1050

No. 12–6465. MARTINEZ v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6466. GLEASON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6468. BRAHMANA v. HENARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6474. SPENCER v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6476. PARKER v. FISK ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–6481. FORD v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 12–6484. ROLLINS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–6486. HIBBERT v. KELLY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–6487. FULMER v. BUXENBAUM. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 12–6491. WILLIAMS v. WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6493. FIGUEROA v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–6494. FERDINAND v. DORMIRE ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–6496. HALL v. OREGON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 12–6497. HARRIS v. GOODWIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–6503. SMITH v. LANIGAN, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.